PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD LEE BAXTER,

       Plaintiff,                           16-CV-0109LJV
-v-                                                        ORDER

DISTRICT ATTORNEYS OFFICE,
MANHATTAN, NEW YORK,

       Defendant.
_____

       Plaintiff Richard Lee Baxter, an inmate on Rikers Island at the Anna M. Kross Center, has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated in court proceedings in Manhattan arising out of events which took place in Manhattan.  These are located in the Southern District of New York and the action is deemed to arise under the jurisdiction of the United States District Court for the Southern District of New York.  Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Southern District of New York.

       The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Southern District of New York and therefore this Court has not sent his signed authorization form to the Anna M. Kross Center, Rikers Island, for execution.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Southern District of New York.

SO ORDERED.

        *s/ Lawrence J. Vilardo*
        LAWRENCE J. VILARDO
        UNITED STATES DISTRICT COURT

Dated:    May 4, 2016
           Buffalo, New York